# lUNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:                                CHAPTER 13
                                                 CASE NO.: 09-42868-TJT
NELSON REID, Debtor(s).                          JUDGE: ☒   TUCKER   ☐ SHAPERO
_____/

## ORDER DISMISSING CHAPTER 13 CASE

This matter was scheduled for hearing on ___**August 20, 2009**___ , by way of confirmation, with due notice having been provided, the Court finds it appropriate to enter this Order based upon one of the following paragraphs so indicated:

☐   A motion to dismiss case brought by the Chapter 13 Trustee, pursuant to 11 U. S. C. §1307(c).

☐   A request for the voluntary dismissal of the case, made by debtor (s) on the record or by written request filed with the Court.

☒   An oral motion to dismiss by the Chapter 13 Trustee and not opposed by the debtors who were present personally or by counsel.

   ☐   POOR PAY HISTORY ____%   ☐ _____

   ☒   For failure to comply with the terms and conditions set forth in the Order Adjourning Hearing entered on or about __**7-23-09**__ by failing to  **provide support documents on or before August 6,  2009**_____

☐   Upon the denial of confirmation of the debtor(s) Chapter 13 Plan by the Court and denial of further time by the Court to propose another Plan, the reasons having been stated on the record.

☐   For failure to _____ pursuant to a Hearing on the Court's Order to Show Cause regarding same.

☐   **For failure to comply with the terms and conditions set forth in the Order Adjourning Hearing entered on or about _____ by failing to be _____% on Trustee records by_____; the Trustee representing to the Court by the presentation of this Order for entry that the debtor was only ____ % paid on the Trustee records on _____ .**

   **IT IS HEREBY ORDERED** that the within case is dismissed and the automatic stays issued pursuant to 11 U. S. C. §§ 362 and 1301 are hereby terminated;

   **IT IS FURTHER ORDERED** that the Clerk's Office shall immediately provide notice of the entry of this Order to all interested parties and the attorney for the debtor(s), if any.

   **IT IS FURTHER ORDERED** that TAMMY L. TERRY, TRUSTEE, is discharged as Trustee and the Trustee of her surety are released from any and all liability on account of the within proceedings;

   **IT IS FURTHER ORDERED** that in the event that the Chapter 13 Plan has not been confirmed, the Trustee shall be allowed an administrative expense of $100.00 to be paid after payment of fees to the Clerk of Court to defray the Trustee's costs and expenses of administering the case to date;

   **IT IS FURTHER ORDERED** that the debtor(s) attorney shall be awarded the total sum of **FEE APP** as compensation. The Trustee shall pay this sum, less any amount paid previously, after payment of Clerk's and Trustee's fees, to the extent funds are available.

.

**Signed on August 25, 2009**

                                      _____/s/ Thomas J. Tucker_____
                                      **Thomas J. Tucker**
                                      **United States Bankruptcy Judge**