Form ntcdsm1

211 West Fort Street
Detroit, MI 48226

## UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **09–42868–tjt**
Chapter: 13

In Re: (NAME OF DEBTOR(S))
   Nelson Reid
   12636 Virgil Street
   Detroit, MI 48223

Social Security No.:
   xxx−xx−7135

Employer's Tax I.D. No.:

## NOTICE OF DISMISSAL

NOTICE IS HEREBY GIVEN that on **8/25/09** , an order dismissing the above entitled case was entered. Accordingly, the automatic stay is lifted.

Dated: 8/25/09

          BY THE COURT

          Katherine B. Gullo , Clerk of Court
          UNITED STATES BANKRUPTCY COURT